A. JOSEPH GEIST, Appellant, v. HENRY C. BURNSTINE, Respondent, and CECILE GEIST and GEORGE E. NETTER, Impleaded, Defendants, Appellants. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for

leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.